THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUBLICITY LEASING COMPANY, Respondent, *v.* ALFRED LUDWIG, as Superintendent of Buildings of the Borough of Manhattan, City of New York, et al., Appellants.

(Submitted October 16, 1916; decided October 24, 1916.)

MOTION to amend remittitur. (See 218 N. Y. 540.)

Motion granted to the extent of inserting therein the following recital: " Upon the argument of this case in the Court of Appeals the counsel for the appellant Mecca Realty Company presented and argued the following point: 'The ordinance is in conflict with sections 1 and 6 of Article 1 of the Constitution of the State of New York and with the Fourteenth Amendment of the Federal Constitution.' "